NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONVATEC TECHNOLOGIES INC.,**
*Appellant*

**v.**

**SMITH & NEPHEW, INC.,**
*Appellee*

---

2014-1822, 2014-1823

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00097, IPR2013-00102.

---

**JUDGMENT**

---

RICHARD TORCZON, Wilson, Sonsini, Goodrich & Rosati, PC, Washington, DC, argued for appellant. Also represented by JEFFREY WILLIAM GUISE, PETER R. MUNSON, LORELEI PEREZ WESTIN, San Diego, CA.

BRADLEY THOMAS LENNIE, Hunton & Williams LLP, Washington, DC, argued for appellee. Also represented by JEFFREY B. VOCKRODT, CHRISTOPHER H. YAEN; DAVID A. KELLY, Atlanta, GA.

MONICA BARNES LATEEF, Office of the Solictor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, SCOTT WEIDENFELLER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 10, 2015       /s/ Daniel E. O'Toole
Date       Daniel E. O'Toole
      Clerk of Court